KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER         21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
MILTON I. SAETEROS,                       DOCKET NO:
                                          07 CV 05383

                      Plaintiff,

  -against-

100 CHURCH, LLC, ABATEMENT PROFESSIONALS,
ABSCOPE ENVIRONMENTAL, INC., AMBIENT
GROUP INC., APPLIED ENVIRONMENTAL INC.,
BRISTOL ENVIRONMENTAL INC., CATAMOUNT
ENVIRONMENTAL, INC., CLAYTON
ENVIRONMENTAL CONSULTANTS              NOTICE OF
COMPREHENSIVE ENVIRONMENTAL CO.,       APPEARANCE
CONTAMINANT CONTROL, INC., COVINO
ENVIRONMENTAL ASSOCIATES, INC.,
CRITERION LABORATORIES, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
DARLING ASBESTOS DISPOSAL COMPANY
INC., DIVERSIDED ENVIRONMENTAL
CORPORATION, DYNASERV INDUSTRIES,
INC., ENVIRONMENTAL PRODUCTS AND
SERVICES INC., ENVIRONMENTAL SERVICES
AND TECHNOLOGIES, INC., ENVIRONMENTAL
TESTING, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING, P.C.,
LVI ENVIRONMENTAL SERVICES, INC., LVI
SERVICES, INC., MARCOR REMEDIATION

INC., MERRILL LYNCH & CO., INC.,
MILRO ASSOCIATES, INC., NORWICH
LABORATORIES, PAR ENVIRONMENTAL
CORPORATION, PINNACLE ENVIRONMENTAL
CORPORATION, POTOMAC ABATEMENT INC.,
ROYAL ENVIRONMENTAL INC., SENCAM, INC.,
SPECIALTY SERVICE CONTRACTING INC., SYSKA
AND HENNESSY, TELLABS OPERATIONS, INC.,
TISHMAN INTERIORS CORPORATION, TRC
ENGINEERS, INC., TTI ENVIRONMENTAL
SERVICES, INC.,VERIZON NEW YORK, INC.,
WILLIAM F. COLLINS, ARCHITECT and ZAR
REALTY MANAGEMENT CORP., et al.

                                 **Defendants.**
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                  **CUNNINGHAM DUCT WORK s/h/i/a**
               **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
         August 20, 2008               Kevin G. Horbatiuk
                                                       Kevin G. Horbatiuk (KGH4977)
                                                       Matthew P. Mazzola (MM-7427)
                                                       Attorneys for Defendant
                                                     **CUNNINGHAM DUCT WORK s/h/i/a**
                                                     **CUNNINGHAM DUCT CLEANING CO., INC.**
                                                     RUSSO, KEANE & TONER, LLP
                                                     26 Broadway, 28th Floor
                                                     New York, New York 10004
                                                     (212) 482-0001
                                                     RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **MILTON I. SAETEROS**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 20TH day of August, 2008.

      CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MILTON I. SAETEROS**
115 Broadway 12th Floor
New York, New York 10006

 

*/s/ Kevin G Horbatiuk*
**KEVIN G. HORBATIUK**