KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

------------------------------------------------------------------x

| | |
|---|---|
| MILTON I. SAETEROS, | DOCKET NO: 07 CV 05383 |
| Plaintiff, | |
| -against- | |
| 100 CHURCH, LLC, ABATEMENT PROFESSIONALS, ABSCOPE ENVIRONMENTAL, INC., AMBIENT GROUP INC., APPLIED ENVIRONMENTAL INC., BRISTOL ENVIRONMENTAL INC., CATAMOUNT ENVIRONMENTAL, INC., CLAYTON ENVIRONMENTAL CONSULTANTS COMPREHENSIVE ENVIRONMENTAL CO., CONTAMINANT CONTROL, INC., COVINO ENVIRONMENTAL ASSOCIATES, INC., CRITERION LABORATORIES, INC., CUNNINGHAM DUCT CLEANING CO., INC., DARLING ASBESTOS DISPOSAL COMPANY INC., DIVERSIDED ENVIRONMENTAL CORPORATION, DYNASERV INDUSTRIES, INC., ENVIRONMENTAL PRODUCTS AND SERVICES INC., ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC., ENVIRONMENTAL TESTING, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING, P.C., LVI ENVIRONMENTAL SERVICES, INC., LVI SERVICES, INC., MARCOR REMEDIATION | NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT |

INC., MERRILL LYNCH & CO., INC.,
MILRO ASSOCIATES, INC., NORWICH
LABORATORIES, PAR ENVIRONMENTAL
CORPORATION, PINNACLE ENVIRONMENTAL
CORPORATION, POTOMAC ABATEMENT INC.,
ROYAL ENVIRONMENTAL INC., SENCAM, INC.,
SPECIALTY SERVICE CONTRACTING INC., SYSKA
AND HENNESSY, TELLABS OPERATIONS, INC.,
TISHMAN INTERIORS CORPORATION, TRC
ENGINEERS, INC., TTI ENVIRONMENTAL
SERVICES, INC.,VERIZON NEW YORK, INC.,
WILLIAM F. COLLINS, ARCHITECT and ZAR
REALTY MANAGEMENT CORP., et al.

        **Defendants.**
------------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated:  New York, New York
     August 29, 2008

            Kevin G. Horbatiuk
            Kevin G. Horbatiuk (KGH4977)
            Matthew P. Mazzola (MPM7427)
            Attorneys for Defendant
            **CUNNINGHAM DUCT WORK s/h/i/a**
            **CUNNINGHAM DUCT CLEANING CO., INC.**
            RUSSO, KEANE & TONER, LLP
            26 Broadway, 28th Floor
            New York, New York 10004
            (212) 482-0001
            **RK&T File No. 824.078**

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **MILTON I. SAETEROS**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 29TH day of August, 2008.

    CHRISTOPHER R. LaPOLA, ESQ.,
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorney for Plaintiff
    **MILTON I. SAETEROS**
    115 Broadway 12th Floor
    New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**